

# Fourth Court of Appeals
## San Antonio, Texas

August 16, 2016

No. 04-16-00326-CV

**IN THE INTEREST OF D.C., A CHILD**,

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-PA-01427
Honorable Barbara Hanson Nellermoe, Judge Presiding

## O R D E R

     On August 8, 2016, this court received appellant's brief. Appellant's brief violates Texas Rule of Appellate Procedure 9.8 in that the document contained in the appendix has not been redacted to protect the minor's identity.

     We, therefore, **ORDER** that appellant's brief is **STRICKEN**. We further ORDER appellant's attorney to file an amended appellant's brief in compliance with TRAP 9.8 on or before **August 26, 2016**. **NO EXTENSIONS WILL BE GRANTED** given the procedural history of this appeal. If appellant's amended brief is not filed by **August 26, 2016**, we will abate this appeal to the trial court to determine whether new appellate counsel should be appointed. *See* TEX. FAM. CODE ANN. § 107.013(a)(1) (giving indigent persons a right to counsel in parental-rights termination cases); *In re M.S.*, 115 S.W.3d 534, 544 (Tex. 2003) (holding that this right to counsel includes the right to effective counsel).

_____
Jason Pulliam, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of August, 2016.

_____
Keith E. Hottle
Clerk of Court